AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*August 18, 2022*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ramiro Rodriguez Martinez | ) | Case No. 7:22-MJ-1636-1 |
| YOB: 1977 Citizenship: Mexico | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 17, 2022 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324 | Bringing in and Harboring Aliens |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause found on:

Approved by: AUSA E. Flores

*Complainant's signature*

Jaris Jones, HSI Special Agent
*Printed name and title*

Date: August 18, 2022 at 9:18 a.m.

*Judge's signature*

City and state: McAllen, Texas

Hon. J. Scott Hack, United States Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

I am a Special Agent (SA) of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

On August 12, 2022, San Juan Police Department (SJPD) officers conducted a welfare check on a residence at 101 Eldora in San Juan, TX. Upon arriving to the residence SJPD officers could hear a female yelling for help from inside the house. Officers entered the residence and located a female and her minor daughter both undocumented citizens of Guatemala. The female stated that they were both being held at the home by an individual named "Ramiro". The female undocumented non-citizen (UNC) was presented a six-person photo lineup and positively identified Ramiro Rodriguez Martinez by name as the caretaker and owner of the house that she and her minor daughter were being held prior to being encountered by law enforcement. On August 17, 2022, Agents from HSI McAllen, initiated surveillance on a vehicle associated with Ramiro Rodriguez Martinez. McAllen Police (MPD) officers made a stop on the vehicle for failure to maintain signal lane. MPD identified Ramiro Rodriguez Martinez as the driver of the vehicle. Rodriguez Martinez did not have a valid driver's license. Ramiro Rodriguez Martinez admitted to being a citizen of Mexico and was without proper documents to remain in the United States. Rodriguez Martinez was then detained by HSI SAs and taken to the HSI McAllen Office for an interview.

Post Miranda warnings, Rodriguez Martinez admitted to harboring undocumented aliens in his home that he was renting at 101 Eldora in San Juan, TX. Rodriguez Martinez admitted to knowing that the people he was harboring in his apartment were illegally present in the United States and admitted to being paid to provide care to those individuals that he was harboring. Rodriguez Martinez gave written and verbal consent to search his cellular phones.